■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CERDA, Appellant. [695 NYS2d 709] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered July 1, 1996, convicting him of robbery in the first degree and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the identification procedure in question was not improper.

The defendant's remaining contentions are without merit. S. Miller, J. P., O'Brien, Friedmann and Florio, JJ., concur.